Concur — Steuer, J. P., Tilzer, Rabin, McNally and McGivern, JJ.

Amos Parrish & Company, Inc., Respondent, v. Allan H. Applestein et al., Appellants.

Concur — Steuer, J. P., Capozzoli, Tilzer, McNally and Witmer, JJ.

(October 10, 1967)

Rebecca Edelstein, Respondent-Appellant, v. George Edelstein, Appellant-Respondent.

Concur — Stevens, J. P., Eager, Steuer and McGivern, JJ.

In the Matter of Missouri Realty Corp., Petitioner, v. New York State Liquor Authority, Respondent.